JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-03444-FMC-Ex | Date | June 24, 2009 |
|---|---|---|---|
| Title | Jose L. Acevedo et al v. Americas Services Company et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER REMANDING CASE TO SUPERIOR COURT  (In Chambers)

This matter is before the Court on Defendant Wilmington Finance Inc.'s Response to the Court's June 1, 2009 Order to Show Cause Re Remand to State Court and Defendant First American Loanstar Trustee Services, LLC's Joinder therein (collectively "Defendants' Response"), both of which were filed on June 22, 2009.

Plaintiffs' rambling, 83-page state court complaint purports to assert 23 claims, all of which appear to allege that Defendants engaged in a scheme to provide Plaintiffs with a loan that Plaintiffs could not afford.  The Court's OSC advised Defendants that, "despite the fact that federal laws are listed on the face of the Plaintiffs' state court complaint, it is not clear to the Court how, if at all, the allegations in the complaint implicate or involve federal questions."  June 1, 2009 OSC at 4.  Responding to the OSC, Defendants merely explained what was readily apparent from:  (a) the documents already before the Court and (b) the content of the Court's OSC:  See Wilmington's Response at 4:16-5:5:15.  Nothing in Defendants' Response establishes or even endeavors to explain how the claims Plaintiff has labeled as claims for violations of RICO, the Civil Rights Act, the Equal Credit Opportunity Act, and the Fair Housing Act actually state one or more claims that in any way implicate an issue of federal law.

Accordingly, this action is REMANDED to Ventura County Superior Court because Defendants' Response fails to demonstrate that removal on the basis of federal question jurisdiction was appropriate.  This Order renders any pending motions moot, and all hearing dates are hereby removed from the Court's calendar.

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |